**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **CHARLES BRIAN STABLER,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| **vs.** | ) **CIV. ACT. NO. 1:25-cv-407-TFM-N** |
| | ) **CRIM. ACT. NO. 1:23-cr-67-TFM-B** |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Respondent.** | ) |

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered on this date adopting the Recommendation of the Magistrate Judge, it is **ORDERED, ADJUDGED, and DECREED** that Petitioner Charles Brian Stabler's motion brought pursuant to 28 U.S.C. § 2255 is **DENIED and DISMISSED with prejudice**. Further the Court determines that Petitioner is not entitled to a Certificate of Appealability or to appeal in forma pauperis.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 17th day of June, 2026.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE